IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS BLACK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUPERINTENDENT OF LINCOLN CORRECTIONAL CENTER,<br><br>　　　　　Defendant. | 8:20CV472<br><br>**MEMORANDUM AND ORDER** |

　　　This matter is before the court on its own motion. On November 11, 2020, the court entered an order directing Plaintiff within 30 days to pay the $400.00 filing fees or file a motion to proceed in forma pauperis. Plaintiff contacted the clerk of the court by telephone today to advise that the complaint, which was hand-delivered by some individual to the clerk's office on November 9, 2020, is not an authorized filing. The handwritten complaint provides Plaintiff's name and address, but is not otherwise signed. That being the case,

　　　IT IS ORDERED:

　　　1. Plaintiff's complaint (Filing 1) is stricken and this action is dismissed without prejudice.

　　　2. The clerk of the court is directed to close this case for statistical purposes. No separate judgment will be entered.

　　　3. The clerk of the court shall send a copy of this Memorandum and Order to Plaintiff at the address shown on the docket sheet.

　　　Dated this 16th day of November, 2020.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　Senior United States District Judge